# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONALD APPEL,**

**Plaintiff,**

-vs-                                                  Case No.  **6:10-cv-290-Orl-31DAB**

**WYETH, INC., WYETH
PHARMACEUTICALS, WYETH LLC,
PHARMACIA & UPJOHN COMPANY,
LLC, PHARMACIA & UPJOHN LLC,
PHARMACIA CORPORATION, PFIZER,
INC., and DOES 1 THROUGH 100,**

**Defendants.**

_____

# ORDER

This matter comes before the Court on the Suggestion of Death (Doc. 42) filed February 9, 2011 by the Defendants in regard to the Plaintiff, Donald Appel.  According to the obituary attached to the Suggestion of Death, the Plaintiff passed away on May 5, 2010.

Pursuant to Federal Rule of Civil Procedure 25(a), the filing of a suggestion of death begins a ninety-day period in which any party or the plaintiff's successor or representative may seek to be substituted for the plaintiff.  If no such motion is made within the ninety days, the action must be dismissed.  Fed.R.Civ.P. 25(a)(1).

In consideration of the foregoing, it is hereby

**ORDERED** that this case is **STAYED** through May 9, 2011, pending the filing of a

motion for substitution or, failing that, dismissal of this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 10, 2011.

**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party

-2-